CHAMBERS OF
MICHAEL BOUDIN
CHIEF JUDGE

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 7710
BOSTON, MA 02210
(617) 748 - 4431

June 3, 2004

Committee on Financial Disclosure
Judicial Conference of the United States Courts
One Columbus Circle, N.E.
Washington, D.C.   20544

            Re:   2003 Financial Disclosure Report

To the Committee:

        Enclosed are the original and three copies of my disclosure statement for Calendar Year 2003--I have approval to file up to and including June 15, 2004.

        I continue to use the ██ indicator because it helps me in my record keeping.

        Finally, last year's return showed a Fleet Bank, Cambridge, Massachusetts, asset at Part VII, page 6, item 86; but the entry was unnecessary because I had already determined that the asset's specified owner--██ ██-did not qualify as a ██████ of mine under 26 U.S.C. § 152. Accordingly, there is no counterpart entry on the enclosed disclosure statement.

                        Sincerely,

Enclosures 4

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br>BOUDIN, MICHAEL (NMI) | 2. Court or Organization<br>U.S. COURT OF APPEALS, 1ST CIR | 3. Date of Report<br>06/03/2004 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5. Report Type (check type)<br><br>___ Nomination, Date ___ / / ___<br><br>___ Initial  **X** Annual  ___ Final | 6. Reporting Period<br>01/01/2003<br>to<br>12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address<br>U.S. COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 7710<br>BOSTON, MASSACHUSETTS   02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____   Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE *(No reportable positions.)* | |
| 1 | Member of the Council | American Law Institute |
| 2 | Trustee or Co-trustee | Trust #1, Trust #2 and Trust #3 |
| 3 | Editorial Advisor | Daedelus (Journal of the American Academy of Arts and Sciences) |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE *(No reportable agreements.)* | |
| 1 | | Vested pension plan acct at former law firm, |
| 2 | | Covington & Burling |
| 3 | | |

FINANCIAL DISCLOSURE OFFICE   2004 JUN -8 A 1:15   RECEIVED

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|---|
| | ☐ NONE *(No reportable non-investment income.)* | | |
| 1 | 2003 | Professorship at Harvard Law School | 0.00 |
| 2 | 2003 | Harvard University Press Book Royalties | 0.00 |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | American Law Institute | Council Meeting, New York, NY, Oct. 22-24, 2003, travel |
| 2 | American Law Institute | Council Meeting, Philadelphia, PA, Dec. 10-12, 2003, travel and lodging |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X NONE | (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | Plymouth Mortgage Co. | Blanket mortg. on summer home and rental property, Wellfleet, MA | M |
| 2 | Bankamerica | Mortg. on rental prop. #1, Cambridge, MA | M |
| 3 | GMAC | Mortg. on rental prop. #2, Cambridge, MA | N |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 C & B PENSION PLAN (see note 1) | G | Int./Div. | P1 | T | | | | | |
| 2 - Vanguard Prime (formerly Admiral) Money Market Fund | | | | | | | | | |
| 3 - Vanguard Short-Term Corporate Fund Investor Shares | | | | | | | | | |
| 4 - Brandywine Fund | | | | | | | | | |
| 5 TIAA-CREF RETIREMENT PLAN (see note 1) | C | Int./Div. | L | T | | | | | |
| 6 - TIAA Fund | | | | | | | | | |
| 7 - CREF Stock | | | | | | | | | |
| 8 Fleet Bank, Boston, MA | A | Interest | L | T | | | | | |
| 9 Cape Cod Bank & Trust, Wellfleet, MA | A | Interest | J | T | | | | | |
| 10 Rental Property, Washington D.C. | E | Rent | O | W | | | | | |
| 11 UBS FINANCIAL SERVICES, INC. (formerly UBS PAINE WEBBER) | | | | | | | | | |
| 12 - Dryden Nat. Muni Fund (UBS) (name change) | A | Interest Cap. Gain Dist. | J | T | | | | | |
| 13 - Dul.,MN Pub. Hsg Auth. Bds(09) (UBS) | B | Interest | K | T | | | | | |
| 14 - RMA Money Market Portfolio (UBS) | A | Dividend | J | T | | | | | |
| 15 - UBS TA Fund C (UBS) | A | Dividend | M | T | | | | | |
| 16 - Massachusetts State Bonds (15) (UBS) | B | Interest | K | T | | | | | |
| 17 - Youngstown, OH Pub. Housing Bonds (08) (UBS) | A | Interest | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment | T=Cash/Market | W=Estimated |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  MORGAN STANLEY | | | | | | | | | |
| 19  - Milford, MA Bonds (14) (MS) | C | Interest | L | T | | | | | |
| 20  - Mass. State Bonds (06) (MS) | A | Interest | J | T | | | | | |
| 21  - Massachusetts State Bonds (04) (MS) | A | Interest | | | Redemption | 8/4 | J | A | |
| 22  - Massachusetts State Bonds (15) (MS) | A | Interest | K | T | | | | | |
| 23  - Active Assets Tax Free Trust (MS) | B | Dividend | N | T | | | | | |
| 24  - Connecticut State Bonds (08) (MS) | A | Interest | K | T | | | | | |
| 25  - Massachusetts State Bonds (04) (MS) | A | Interest | | | Redemption | 8/1 | K | A | |
| 26  - Massachusetts State Bonds (03) (MS) | A | Interest | | | Redemption | 11/3 | J | A | |
| 27  - Massachusetts State Bonds (23) (MS) | A | Interest | K | T | | | | | |
| 28  - Springfield, MA Bonds (12) (MS) | B | Interest | K | T | | | | | |
| 29  - MFS Investors Growth ST FD CL B (MS) | A | Dividend | K | T | | | | | |
| 30  - Boston, MA Bonds (13) (MS) | A | Interest | J | T | | | | | |
| 31  - Boston, MA Bonds (07) (MS) | A | Interest | | | Redemption | 2/3 | J | A | |
| 32  - Boston, MA Bonds (06) (MS) | A | Interest | J | T | | | | | |
| 33  - Massachusetts State Bonds (04) (MS) | A | Interest | J | T | | | | | |
| 34  - Massachusetts State Bonds (04) (MS) | B | Interest | K | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 - Massachusetts State Bonds (06) (MS) | B | Interest | K | T | | | | | |
| 36 - Massachusetts State Bonds (08) (MS) | A | Interest | J | T | | | | | |
| 37 - Boston, MA Bond (08) (MS) | A | Interest | K | T | | | | | |
| 38 - Massachusetts State Bonds (09) (MS) | B | Interest | K | T | | | | | |
| 39 - Boston, MA Bond (09) (MS) | A | Interest | | | Redemption | 9/2 | K | A | |
| 40 - Massachusetts State Bonds (10) (MS) | A | Interest | K | T | | | | | |
| 41 - Massachusetts State Bonds (12) (MS) | B | Interest | K | T | | | | | |
| 42 - Boston, MA Bonds (14) (MS) | C | Interest | L | T | | | | | |
| 43 - Davis New York Venture B (MS) | A | Dividend | M | T | | | | | |
| 44 - Massachusetts State Bonds (08) (MS) | A | Interest | J | T | | | | | |
| 45 - Massachusetts State Bonds (10) (MS) | B | Interest | K | T | | | | | |
| 46 - Massachusetts State Bonds (10) (MS) | B | Interest | K | T | | | | | |
| 47 - Lowell, MA Bonds (12) (MS) | A | Interest | J | T | | | | | |
| 48 - Massachusetts State Bonds (13) (MS) | A | Interest | J | T | | | | | |
| 49 - Lynn, MA Bonds (14) (MS) | A | Interest | K | T | | | | | |
| 50 - Massachusetts State Bonds (14) (MS) | A | Interest | J | T | | | | | |
| 51 - Massachusetts State Bonds (15) (MS) | B | Interest | K | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 - Massachusetts State Bonds (15) (MS) | B | Interest | K | T | | | | | |
| 53 - Worcester, MA Bonds (15) (MS) | A | Interest | K | T | | | | | |
| 54 - Virginia Beach, VA Bonds (18) (MS) | C | Interest | L | T | | | | | |
| 55 - Virginia Beach, VA Bonds (21) (MS) | B | Interest | L | T | | | | | |
| 56 - Massachusetts State Bonds (37) (MS) | D | Interest | M | T | | | | | |
| 57 TIAA-CREF RETIREMENT PLAN (see note 2) | B | Int./Div. | N | T | | | | | |
| 58 - TIAA Fund | | | | | | | | | |
| 59 - CREF stock | | | | | | | | | |
| 60 - CREF Global | | | | | | | | | |
| 61 VANGUARD IRA ACCOUNT (see note 3) | A | Dividend | K | T | | | | | |
| 62 - Index 500 Fund | | | | | | | | | |
| 63 - Windsor Fund | | | | | | | | | |
| 64 - Windsor II Fund | | | | | | | | | |
| 65 FIDELITY IRA ACCOUNT (see note 4) | A | Dividend | K | T | | | | | |
| 66 - Income Fund | | | | | | | | | |
| 67 - Growth and Income Fund | | | | | | | | | |
| 68 - Magellan Fund | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 T. ROWE PRICE FUNDS (see note 5) | | | | | | | | | |
| 70   - Health and Science | A | None | J | T | | | | | |
| 71   - Science and Technology | A | None | J | T | | | | | |
| 72   - Prime Reserve Money Market Fund | A | Interest | J | T | | | | | |
| 73 Scudder Cash Investment Trust MMF (see note 6) | A | Dividend | J | T | | | | | |
| 74 Rental House, Wellfleet, MA | E | Rent | O | W | | | | | |
| 75 ████████ (part rent) Cambridge, MA | D | Rent | P1 | W | | | | | |
| 76 ████████ Wellfleet, MA (occas. rent house) | C | Rent | O | W | - | | | | |
| 77 Fleet Bank, Boston, MA | A | Interest | J | T | | | | | |
| 78 Kuai, Hawaii, land | | None | N | W | | | | | |
| 79 General Electric stock | A | Dividend | J | T | | | | | |
| 80 Rental Prop. #1, Cambridge, MA | E | Rent | O | W | | | | | |
| 81 Rental Prop. #2, Cambridge, MA | E | Rent | O | W | | | | | |
| 82 Fleet Bank, Cambridge, MA | | None | J | T | | | | | |
| 83 TRUST #1 | A | Dividend | L | T | | | | | |
| 84   - RMA Money Market Portfolio (UBS) | | | | | | | | | |
| 85   - UBS TA Fund C | | | | | Partial Sale | see n. 7 | J | C | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86  TRUST #2 | B | Dividend | N | T | | | | | |
| 87  - RMA Money Market Portfolio (UBS) | | | | | | | | | |
| 88  - UBS TA Fund C | | | | | | | | | |
| 89  TRUST #3 | D | Div./Int. | O | T | | | | | |
| 90  - RMA Money Mkt Portfolio (UBS) | | | | | | | | | |
| 91  - Westchester, NY Bond (#3) (UBS) | | | | | Redemption | 11/17 | K | A | |
| 92  - Mamaroneck Town, NY Bond (05) (UBS) | | | | | | | | | |
| 93  - Rye, NY Bond (07) (UBS) | | | | | | | | | |
| 94  - Great Neck, NY Bond (08) (UBS) | | | | | | | | | |
| 95  - New Rochelle, NY Bond (09) (UBS) | | | | | | | | | |
| 96 | | | | | | | | | |
| 97 | | | | | | | | | |
| 98 | | | | | | | | | |
| 99 | | | | | | | | | |
| 100 | | | | | | | | | |
| 101 | | | | | | | | | |
| 102 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

MICHAEL BOUDIN, Report Dated June 6, 2004
ATTACHMENT TO PART VII

Note 1: My Covington & Burling and TIAA-CREF retirement plans involve tax-deferred income which is not fully calculated. I have therefore estimated "income" at about 5% of year-end asset value.

Note 2: In all funds, dividends are reinvested; regular employer contributions are made for new investment in the CREF Stock fund. Income is estimated as 5% of asset value.

Note 3: In all funds, dividends are reinvested; regular monthly employee contributions are made for new investment in the Index 500 fund.

Note 4: In all funds, dividends are reinvested.

Note 5: In all funds, dividends are reinvested.

Note 6: Dividends are reinvested.

Note 7 Individual sale dates were: 2/10, 4/7, 5/22.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature     Date 6/3/04

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544